IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH M. MONTANO

    Plaintiff,

v.                                                  1:14-cv-00079-WPL-RHS

PUBLIC SERVICE COMPANY
OF NEW MEXICO

    Defendant.

## AFFIDAVIT OF ANNA ORTIZ

STATE OF NEW MEXICO    )
                                 ) ss.
COUNTY OF BERNALILLO    )

    ANNA ORTIZ, states, as follows:

1.     My name is Anna Ortiz. I am over the age of eighteen years and I am competent to make this affidavit. I have personal knowledge of each factual matter set forth in this affidavit and each factual matter contained herein is true and correct.

2.     I am employed by PNM Resources, Inc. as Director of Human Resources.

3.     Joseph Montano was hired by PNM as an Apprentice Lineman on April 29, 1994.

4.     Mr. Montano became a Foreman in the Transmission Department in May 2008.

5.     Mr. Montano is a member of the International Brotherhood of Electrical Workers Local 611 ("IBEW") and has been since at least 1994.

6.     The IBEW has a Collective Bargaining Agreement ("CBA") with PNM, which governs the terms and conditions of Plaintiff's employment with PNM, including the discipline, transfer and promotion process.

# Exhibit 1

7. Attached to my affidavit are true and correct portions of the July 7, 2012—April 30, 2015 CBA and the May 1, 2009—April 30, 2012 CBA.

FURTHER AFFIANT SAYETH NOT.

_____
Anna Ortiz

The foregoing instrument was subscribed, sworn to and acknowledged before me this 29 day of April, 2014, by ANNA ORTIZ.



_____
Notary Public

My Commission Expires:

5-3-2016



# AGREEMENT

BETWEEN

PUBLIC SERVICE COMPANY OF NEW MEXICO

AND

IBEW LOCAL UNION 611

EFFECTIVE MAY 1, 2009 TO APRIL 30, 2012

| | |
|---|---|
| 36B–OCCUPATIONAL GROUPS FOR POWER PRODUCTION BUSINESS UNIT | 54 |
| 36C–OCCUPATIONAL GROUPS FOR MRC'S | 54 |
| 37–EMPLOYEE PERSONNEL RECORDS | 55 |
| 38–MUTUAL AGREEMENTS | 55 |
| 39–401K | 56 |
| 40–SUBCONTRACTING | 56 |
| 41–TEMPORARY AGENCY WORKERS FOR ESBU AND PPBU | 56 |
| 41A–CONTRACT WORKERS–METER READERS | 57 |
| 42–SEPARABILITY | 57 |
| 43–WAIVER | 58 |
| 44–TERMINATION, MODIFICATION OR CHANGE | 58 |
| 45–SUCCESSORSHIP | 59 |
| 46A–RATIOS FOR ELECTRIC SERVICES BUSINESS UNIT | 60 |
| 46B–RATIOS FOR POWER PRODUCTION BUSINESS UNIT | 60 |
| 47–INCORPORATION BY REFERENCE | 60 |
| 48–RECLASSIFICATION | 62 |
| 49–VOLUNTARY TRANSFERS | 62 |
| 50–WORK RULES FOR DISTRIBUTION SYSTEMS | 62 |
| 51–WORK RULES FOR POWER PRODUCTION | 68 |
| 52–WORK RULES FOR MRC'S | 77 |
| APPENDIX A–WAGE SCHEDULE FOR DISTRIBUTION SYSTEMS | 78 |
| APPENDIX B–WAGE SCHEDULE FOR POWER PRODUCTION | 79 |
| APPENDIX C–WAGE SCHEDULE FOR MRC'S | 82 |
| SIGNATURES | 83 |
| ADDENDUM TO LABOR AGREEMENT GAS PLANT TECHNICIAN ICE/MOPS JOB CLASSIFICATIONS | 85 |
| ADDENDUM TO LABOR AGREEMENT–MRC'S | 88 |

# AGREEMENT

ENTERED into this 1st day of May 2009 by and between Public Service Company of New Mexico (hereinafter referred to as "PNM" or "Company") and Local 611, International Brotherhood of Electrical Workers, AFL-CIO (hereinafter referred to as "Local 611" or "Union") as exclusive collective bargaining representative of certain employees of Company as hereinafter defined.

## ARTICLE 1–EFFECTIVE DATE

This Agreement shall be effective at one minute after midnight on the day and date first above written and shall remain in full force and effect without modification or change for its term through midnight of April 30, 2012, unless the parties have mutually agreed in writing to an earlier expiration date.

## ARTICLE 2–TERM OF THE AGREEMENT

This Agreement with all the Provisions hereof, inclusive of Appendix A, B, and C, attached hereto, shall remain in full force and effect and be binding on the respective parties for a period of thirty-six (36) months, from May 1, 2009, through April 30, 2012.

## ARTICLE 3–UNION RECOGNITION

A. **Recognition.** The Company recognizes the Union as the exclusive representative of all employees included in the appropriate collective bargaining unit, as hereinafter defined, for the purpose of collective bargaining, with respect to rates of pay, wages, hours of employment, and other terms and conditions of employment, including but not limited to the negotiation of an Agreement.

B. **Appropriate Unit.** The appropriate unit, to which this Agreement applies, shall consist of all employees of the Company's Electric, Water, Transmission, Distribution, Production, Meter Reader, and Collector departments in the divisions and jobs referenced in the Agreement.

tice to you and the Union ten (10) days prior to the anniversary of this authorization. The payments covered by this authorization are not deductible as charitable contributions for federal income tax purposes.

Name (printed) _____

Date _____

Signature _____

Department # _____

Social Security # _____

NOTE: Fees, dues and assessments covered by this authorization are not deductible as charitable contributions for Federal Income Tax purposes.

Employer Copy, White; Employee Copy, Canary; Union Copy, Pink.

### ARTICLE 7–MANAGEMENT RIGHTS

A. The Union and its members recognize the sole right of the Company to determine its operating policies and manage its business in light of experience, business judgment and changing conditions. The exercise of such authority shall not conflict with the Agreement.

Management's rights shall include, by way of illustration and not by way of limitation, the right to:

1. determine the qualifications and select its managerial and supervisory forces,

2. determine the qualifications for and select and hire new employees,

3. determine the qualifications for and select employees for promotion and transfer,

4. determine the number of employees it will have in its service at any time,

8

5. prepare and make available job specifications and establish job classifications,

6. make reasonable rules and regulations governing the operation of its business and the conduct of its employees, and revise and modify such rules and regulations from time to time as the Company deems necessary,

7. discharge employees for reasonable cause and lay off employees because of lack of work or for other justifiable reasons, and

8. determine the number and arrangements of work shifts and starting and stopping time of each shift.

B. It is understood and agreed that the functions of management listed herein are not all-inclusive and that all such rights, powers, or authority not covered by this Agreement shall be retained by the Company.

### ARTICLE 8–UNION-MANAGEMENT COOPERATION

A. The Company and the Local Union will comply with all provisions of the "Executive Orders," State, Local and Federal laws in providing equal opportunity to all employees regardless of race, religion, color, sex, age, or national origin, and furthermore, any reference to the words "he" or "man" in this contract shall be construed to include both male and female, except where specifically stated otherwise.

B. The Company is engaged in furnishing an essential public service which vitally affect the health, safety, comfort, and general well-being of the people living in the communities served by the Company, and the continued existence of the Company is conditioned and dependent upon the Company faithfully performing its franchise obligations and responsibilities in serving the public. Therefore, these obligations and responsibilities require that any differences arising between the Union and the Company be adjusted and settled in a rational, orderly, and common sense manner.

9

---

E. Bare Hand. Employees will be compensated at two dollars ($2.00) per hour above the straight time rate for time worked from equipment set up to equipment breakdown at the job site.

### ARTICLE 21–HEADQUARTERS

A. "Established Headquarters" is considered the employee's normally assigned reporting location.

B. "Temporary Headquarters" is considered to mean any headquarters designated by the Company for the purpose of engaging in work where such work will continue for a temporary period. The Company at its option may establish temporary headquarters among any of the following locations: Albuquerque, Valencia, Sandoval, East Mountain, and Santa Fe.

1. When an employee is assigned to a temporary headquarters, the Company may require the employee to report directly to such temporary headquarters. When this is required, mileage will be paid for the pre-determined distance between the employee regular headquarters and the temporary headquarters. Time spent traveling will not be paid time. The mileage rate paid will be the allowable IRS rate.

C. When employees are required to be away from their homes overnight "out-of-town" a per diem[10] will be paid to cover the cost of meals, lodging and incidentals. The last day "out-of-town" a thirty-five dollar ($35.00) per diem will be paid to cover cost of meals.

5/1/09 $120.00 per day
5/1/10 $120.00 per day
5/1/11 $130.00 per day

[10] Per diem applies under the following conditions: 1) an employee requires sleeping quarters, 2) work time is not continuous for the day(s) per diem is requested. Per diem does not apply to employees who drive to an "out-of-town" location and perform work of a continuous nature that proceeds from one work day to another.

38

D. Travel to out-of-town jobs and from such jobs after completion will be Company time. All other travel will be performed on the employee's time. Employees shall be allowed to travel to and from home on Company time on weekends if satisfactory arrangements can be worked out so that the cost of daily per diem involved can be weighed equitably against the cost of pay.

E. Reasonable actual expenses will be reimbursed when employee(s) are attending schools, meetings, or conferences that are out of state. When an employee attends a one day school, meeting or conference, away from their normal reporting location, a single meal not to exceed ten dollars ($10.00), will be reimbursed with the submission of a valid receipt.

### ARTICLE 22–PROMOTIONS

A. The programs outlined in the documents entitled "Selection Process For All Promotions Except Apprentice, Meter Service Technicians, Meter Readers, and Collectors" and "Selection Process for Apprentices/Meter Service Technicians" and "Selection Process for Meter Readers and Collectors" shall be applied to all promotion selections.
It is recognized by both parties that the Company has an Affirmative Action Plan that must be recognized when considering candidates for promotion.

When two (2) or more applicants are deemed to be essentially equal, as determined by the jointly developed criteria, then the Company's EEO/AA requirements shall be the next criteria considered for selection. If this criteria has been met, then the applicant with the most job seniority will be selected.

The final decision for all promotions rests with the Company.

B. Temporary Promotions. Temporary promotions are those made to fill a necessary job and may be made for periods not to exceed ninety (90) calendar days and if to exceed fourteen (14) calendar days, the employee with the most seniority shall be given the first opportunity to fill the temporary position.

39

## ARTICLE 23–DEMOTIONS

If within six (6) months after promotion, an employee, other than Apprentice, is found to be incapable of satisfactorily filling the job to which he has been promoted, then such employee shall be demoted and shall retain job seniority in the classification from which he was promoted. Such employee shall receive job seniority in the original classification as though he had never left the classification.

## ARTICLE 24–LAY-OFFS, SEVERANCE, RE-EMPLOYMENT

A. **Lay-offs.** If a reduction in the numbers of employees should become necessary, job seniority shall be the governing factor in determining the order in which the lay-offs are to be made.
If a reduction in the number of employees in any classification in any occupational group should become necessary, affected employees shall have, (1) preemptive rights to an existing job in the next lower classification in their occupational group or any like occupational group(s), or (2) preemptive rights to any existing job in their same job classification in like occupational groups held by an employee who has less job seniority, or (3) the option to elect to be laid off.

The next lower classification, for the purposes of this provision, will be determined by reversing the normal promotion procedure, as was done during past lay-off actions.

B. **Severance.** This provision does not apply to any termination for cause or voluntary resignations or retirement. Years of service, for purposes of this Article, are defined as the period of time since the employee's last break in service.

Any employee who is laid off may choose between either of the following:

1. Regular Severance: Two months straight time pay at the day rate. One week of straight time pay, at the day rate, for each year of service. Three months of extended Health, Dental and Vision Benefits equal to what the employee was enjoying prior to their lay-off. Credit for non-participation in Medical Program continues for a three-month period. Eligibility for COBRA coverage will become effective upon completion of the three-month period. Three months of $10,000 life insurance at no cost to the employee. Pay the employee a lump sum amount equal to five percent (5%) of the employee's base salary for placement assistance.

2. Enhanced Severance: In exchange for signing a release of claims, four months straight time pay, at the day rate. One week of straight time pay, at the day rate for each year of service. Six months of extended Health, Dental and Vision benefits equal to what the employee was enjoying prior to their lay-off. Credit for non-participation in Medical Program continues for a six-month period. Eligibility for COBRA coverage will become effective upon completion of the six-month period. Six months of $10,000 life insurance at no cost to the employee. Pay the employee a lump sum amount equal to ten percent (10%) of the employee's base salary for placement assistance. In the event an employee elects enhanced severance, the Union agrees not to bring any claim on behalf of such employee in any forum whatsoever. To receive the Enhanced Severance Benefits above, the employee must voluntarily agree to sign a release form uniformly required by the Company of all employees taking an enhanced package, along with the associated addendum. In the event a person is re-employed prior to the end of the severance payment period, he will be required to pay back the pro-rata difference between the regular severance package and the enhanced severance package.

**Re-employment.** If reduction in the number of employees results in lay-offs, then those having the longest Company seniority shall be the first to be re-employed; provided, that such employees keep the Company informed of their whereabouts and advise upon notification that they will report back and do

## ARTICLE 48–RECLASSIFICATION

A reorganization of the operation will not result in an involuntary reclassification outside of the bargaining unit.

## ARTICLE 49–VOLUNTARY TRANSFERS

A. An employee who desires to transfer to another area[11] may post the desire in that area for a minimum of three (3) consecutive days, excluding Saturday and Sunday, which will not interfere with determining consecutive days. Any employee in the same classification in the area who is interested in transferring to the initiating employee's area must let the initiating employee know he is interested. The initiating employee must then discuss the possible transfer opportunity with his supervisor and with the supervisor in the area to which he desires to transfer. The two supervisors will make the final decision about whether the transfer will occur and, if a transfer will occur, who is selected for the transfer.
B. For a vacancy, a transfer opportunity will be posted in areas where the same classification as the vacancy exists. The posting will be for three (3) consecutive days, excluding Saturday and Sunday, which will not interfere with determining consecutive days. The hiring supervisor will make the final decision whether a transfer will occur and, if a transfer will occur, who is selected for the transfer.

Employees who voluntarily transfer are not eligible for relocation benefits. Employees who are force transferred are eligible for relocation benefits per Company Policy, which may be in effect on the date of transfer.

This article does not limit the Company's ability to transfer employees on a non-voluntary basis.

## ARTICLE 50–WORK RULES FOR DISTRIBUTION SYSTEMS

[11] For purposes of this article, area is defined as craft supervisor.

A. **Line Department.** There shall be a Working Foreman assigned to a line crew at all times.

Classifications for the Line Department:

Senior Working Foreman:

Working Foreman: Shall have been a Journeyman Lineman.

Line Troubleman: Shall be a Journeyman Lineman or Working Foreman.
Journeyman Lineman: Shall be a Journeyman in his craft.

Apprentice Lineman: Is a learner of the trade and may serve a four (4) year course of apprenticeship and may be given training in all branches of the trade.

Equipment Operator: Shall be a man experienced in the operation of heavy trucks and equipment.

Groundman Lineman: Shall be a Journeyman Lineman with at least five (5) years of service with the Company or who has been injured in the service of the Company and shall act as the Senior Groundman.

Heavy Equipment Operator: Shall be a man experienced in the operation and maintenance of heavy construction equipment such as cranes, bulldozers, blades, trucks, and snow removal equipment and heavy duty winch boom and auxiliary equipment in connection with construction or maintenance of transmission and distribution facilities.

Utility Mechanic: Performs minor maintenance to building and grounds, repairs hydraulic and mechanical tools, makes minor repairs to four cycle engines, and maintains records of tools charged out to crews.

Utilityman: Shall be an employee normally serving as a Helper, but capable of performing minor maintenance to



# AGREEMENT

BETWEEN

PUBLIC SERVICE COMPANY
OF NEW MEXICO

AND

IBEW LOCAL Union 611

EFFECTIVE JULY 7, 2012
TO APRIL 30, 2015

ARTICLE 32–GENERAL APPRENTICESHIP COMMITTEE FOR ESBU AND PPBU .......................................................................................... 38
ARTICLE 33–GENERAL SAFETY COMMITTEE FOR ESBU AND PPBU ...... 39
ARTICLE 34–PERSONAL LEAVE FOR ESBU AND PPBU .......................... 40
ARTICLE 35–BENEFIT PLANS .................................................................. 44
ARTICLE 36A–OCCUPATIONAL GROUPS FOR ELECTRIC SERVICES BUSINESS UNIT ........................................................................................ 45
ARTICLE 36B–OCCUPATIONAL GROUPS FOR POWER PRODUCTION BUSINESS UNIT ........................................................................................ 45
ARTICLE 36C–OCCUPATIONAL GROUPS FOR MRC'S ............................ 46
ARTICLE 37–EMPLOYEE PERSONNEL RECORDS .................................. 47
ARTICLE 38–MUTUAL AGREEMENTS ..................................................... 47
ARTICLE 39– 401K ................................................................................... 47
ARTICLE 40–SUBCONTRACTING ............................................................ 48
ARTICLE 41–TEMPORARY AGENCY WORKERS FOR ESBU AND PPBU .. 48
ARTICLE 41-A ........................................................................................... 48
CONTRACT WORKERS-MRC'S ................................................................ 48
ARTICLE 42–SEPARABILITY .................................................................... 49
ARTICLE 43–WAIVER .............................................................................. 49
ARTICLE 44–TERMINATION, MODIFICATION OR CHANGE ................... 49
ARTICLE 45–SUCCESSORSHIP ................................................................ 50
ARTICLE 46A–RATIOS FOR ELECTRIC SERVICES BUSINESS UNIT ........ 50
ARTICLE 46B–RATIOS FOR POWER PRODUCTION BUSINESS UNIT ..... 50
ARTICLE 47–INCORPORATION BY REFERENCE ..................................... 50
ARTICLE 48–RECLASSIFICATION ............................................................ 51
ARTICLE 49–VOLUNTARY TRANSFERS .................................................. 52
ARTICLE 50–WORK RULES FOR DISTRIBUTION SYSTEMS .................... 52
ARTICLE 51–WORK RULES FOR POWER PRODUCTION ........................ 57
ARTICLE 52–WORK RULES FOR METER READERS AND COLLECTORS .. 63
APPENDIX A-WAGE SCHEDULE FOR DISTRIBUTION SYSTEMS ............ 64
APPENDIX C-WAGE SCHEDULE FOR METER READERS AND COLLECTORS 70
SIGNATURES ............................................................................................ 71
ADDENDUM TO LABOR AGREEMENT – GENERAL SECTION ................. 73
ADDENDUM TO LABOR AGREEMENT- ESBU ........................................ 86

## AGREEMENT

ENTERED into this 7th day of July, 2012 by and between Public Service Company of New Mexico (hereinafter referred to as "PNM" or "Company") and Local 611, International Brotherhood of Electrical Workers, AFL-CIO (hereinafter referred to as "Local 611" or "Union") as exclusive collective bargaining representative of certain employees of Company as hereinafter defined.

### ARTICLE 1—EFFECTIVE DATE

This Agreement shall be effective at one minute after midnight on the day and date first above written and shall remain in full force and effect without modification or change for its term through midnight of April 30, 2015, unless the parties have mutually agreed in writing to an earlier expiration date.

### ARTICLE 2—TERM OF THE AGREEMENT

This Agreement with all the Provisions hereof, inclusive of Appendix A, B, and C, attached hereto, shall remain in full force and effect and be binding on the respective parties for a period of thirty four months, from July 7, 2012 through April 30, 2015.

### ARTICLE 3–UNION RECOGNITION

A.  Recognition. The Company recognizes the Union as the exclusive representative of all employees included in the appropriate collective bargaining unit, as hereinafter defined, for the purpose of collective bargaining, with respect to rates of pay, wages, hours of employment, and other terms and conditions of employment, including but not limited to the negotiation of an Agreement.

B.  Appropriate Unit. The appropriate unit, to which this Agreement applies, shall consist of all employees of the Company's Electric, Water, Transmission, Distribution, Production, Meter Reader, and Collector departments in the divisions and jobs referenced in the Agreement.

### ARTICLE 4–EMPLOYEES

For the purposes of this Agreement, there shall be three types of employees as follows:

A.  Regular Employee. A regular employee shall be one who is employed for the routine conduct of the Company's business, who has passed through the probationary period and who has been accepted by the Company as a regular employee in the appropriate unit.

B.  Probationary Employee. A probationary employee is one hired with a view to filling a regular position in the appropriate unit and one who must serve for a period of six months,

## ARTICLE 7–MANAGEMENT RIGHTS

A. The Union and its members recognize the sole right of the Company to determine its operating policies and manage its business in light of experience, business judgment and changing conditions. The exercise of such authority shall not conflict with the Agreement.

Management's rights shall include, by way of illustration and not by way of limitation, the right to:

1. determine the qualifications and select its managerial and supervisory forces,
2. determine the qualifications for and select and hire new employees,
3. determine the qualifications for and select employees for promotion and transfer,
4. determine the number of employees it will have in its service at any time,
5. prepare and make available job specifications and establish job classifications,
6. make reasonable rules and regulations governing the operation of its business and the conduct of its employees, and revise and modify such rules and regulations from time to time as the Company deems necessary,
7. discharge employees for reasonable cause and lay off employees because of lack of work or for other justifiable reasons, and
8. determine the number and arrangements of work shifts and starting and stopping time of each shift.

B. It is understood and agreed that the functions of management listed herein are not all-inclusive and that all such rights, powers, or authority not covered by this Agreement shall be retained by the Company.

## ARTICLE 8–UNION-MANAGEMENT COOPERATION

A. The Company and the Local Union will comply with all provisions of the "Executive Orders," State, Local and Federal laws in providing equal opportunity to all employees regardless of race, religion, color, sex, age, or national origin, and furthermore, any reference to the words "he" or "man" in this contract shall be construed to include both male and female, except where specifically stated otherwise.

B. The Company is engaged in furnishing an essential public service which vitally affect the health, safety, comfort, and general well-being of the people living in the communities served by the Company, and the continued existence of the Company is conditioned and dependent upon the Company faithfully performing its franchise obligations and responsibilities in serving the public. Therefore, these obligations and responsibilities require that any differences arising between the Union and the Company be adjusted and settled in a rational, orderly, and common sense manner.

C. The Company is subject by law to regulation by the New Mexico Public Utility Commission and other governmental agencies. Both parties to this Agreement shall respect and comply with such regulation.

D. The Company and the Union agree to cooperate in promoting the performance of safe, efficient, and diligent service, and the protection of the Company's property and its interests.

## ARTICLE 9–UNION REPRESENTATION

The Company recognizes the Union's right to designate from among its members who are subject to the Agreement, a reasonable number of stewards to represent the Union and unit employees in disputes arising under this Agreement.

Such stewards shall be allowed reasonable and sufficient time to perform their representation duties and to enforce the terms and provisions of this Agreement. Such stewards shall not be docked any regular pay or benefits by reason of their performing their stewards' duties.

The Company agrees that employees shall not be interfered with or discriminated against by reason of their faithful performance of their duties as stewards.

The Union agrees that to the extent practicable, stewards shall perform their duties promptly and efficiently with a minimum of interference with the Company's operations.

The number and location of stewards designated shall be at the discretion of the Union.

## ARTICLE 10–GRIEVANCES

A. Definition  The definition of a grievance is limited to a dispute between the parties hereto with respect to the interpretation or application of the provisions of this Agreement or to the application of a specific policy to a specific employee. The following procedure shall be the exclusive means by which either party may seek to resolve any dispute or grievance arising under the provisions of this Agreement. The parties and any grievant shall be required to exhaust the remedies provided hereunder prior to seeking adjudication, thereof, in any other tribunal, except as may otherwise be provided by law.

---

hourly wage, be compensated for the shift hours actually worked above the day rate for the p.m. and graveyard shift, as shown below:

**Upon Ratification for duration of Agreement**
$1.75

B. Shift Differential for Employee's Who Work a Straight P.M. or Graveyard (non-rotating) Schedule. Employees who work straight p.m. shifts, shall be compensated, in addition to the day rate per hour for hours actually worked, as shown below:

**Upon Ratification for duration of Agreement**
$1.10

Employees who work straight Graveyards shall be compensated, in addition to the day rate per hour for hours actually worked, as shown below:

**Upon Ratification for duration of Agreement**
$1.35

The P.M. shift is defined as those eight (8) hours immediately following the designated day shift, and the graveyard shift is defined as those eight (8) hours immediately following the P.M. shift. Non-rotating employees assigned to shifts other than regular working hours shall only be eligible for shift differential for the eight (8) hours of the actual shift.

C. Out-of-Town Assignments. Employee(s) will be compensated, in addition to their regular straight time rate, at one dollar ($1.00) per hour for all hours worked on this assignment. This premium shall not apply to the first and last day away from home.

D. Employee(s) performing the following work shall receive an additional one dollar twenty-five cents ($1.25) per hour for the time actually worked:

1. Hot sticking overhead phase to ground voltages of 7200 volts or greater.

E. Bare Hand. Employees will be compensated at two dollars ($2.00) per hour above the straight time rate for time worked from equipment set up to equipment breakdown at the job site.

## ARTICLE 21–HEADQUARTERS

A. "Established Headquarters" is considered the employee (s) normally assigned reporting location.

B. "Temporary Headquarters" is considered to mean any headquarters designated by the Company for the purpose of engaging in work where such work will continue for a temporary period. The Company at its option may establish temporary headquarters

among any of the following locations: Albuquerque, Valencia, Sandoval, East Mountain, and Santa Fe.

1. When an employee is assigned to a temporary headquarters, the Company may require the employee to report directly to such temporary headquarters. When this is required, mileage will be paid for the pre-determined distance between the employee regular headquarters and the temporary headquarters. Time spent traveling will not be paid time. The mileage rate paid will be the allowable IRS rate.

C. When employees are required to be away from their homes overnight "out-of-town" a per diem[16] will be paid to cover the cost of meals, lodging and incidentals. The last day "out-of-town" a thirty-five dollar ($35.00) per diem will be paid to cover cost of meals.

$130.00 per day

D. Travel to out-of-town jobs and from such jobs after completion will be Company time. All other travel will be performed on the employee's time. Employees shall be allowed to travel to and from home on Company time on weekends if satisfactory arrangements can be worked out so that the cost of daily per diem involved can be weighed equitably against the cost of pay.

E. Reasonable actual expenses will be reimbursed when employee(s) are attending schools, meetings, or conferences that are out of state. When an employee attends a one day school, meeting or conference, away from their normal reporting location, a single meal not to exceed ten dollars ($10.00), will be reimbursed with the submission of a valid receipt.

## ARTICLE 22–PROMOTIONS

A. The programs outlined in the documents entitled "Selection Process For All Promotions Except Apprentice, Meter Service Technicians, Meter Readers, and Collectors" and "Selection Process for Apprentices/Meter Service Technicians" and "Selection Process for Meter Readers and Collectors" shall be applied to all promotion selections.

It is recognized by both parties that the Company has an Affirmative Action Plan that must be recognized when considering candidates for promotion.

---

Per diem applies under the following conditions: 1) an employee acquires sleeping quarters and 2) work time is not continuous for the day(s) per diem is requested. Per diem does not apply to employees who drive to an "out-of-town" location and perform work of a continuous nature that bridges from one work day to another.

When two (2) or more applicants are deemed to be essentially equal, as determined by the jointly developed criteria, then the Company's EEO/AA requirements shall be the next criteria considered for selection. If this criteria has been met, then the applicant with the most job seniority will be selected.

The final decision for all promotions rests with the Company.

B. Temporary Promotions. Temporary promotions are those made to fill a necessary job and may be made for periods not to exceed ninety (90) calendar days and if to exceed fourteen (14) calendar days, the employee with the most seniority shall be given the first opportunity to fill the temporary position.

### ARTICLE 23–DEMOTIONS

If within six (6) months after promotion, an employee, other than Apprentice, is found to be incapable of satisfactorily filling the job to which he has been promoted, then such employee shall be demoted and shall retain job seniority in the classification from which he was promoted. Such employee shall receive job seniority in the original classification as though he had never left the classification.

### ARTICLE 24–LAY-OFFS, SEVERANCE, RE-EMPLOYMENT

A. Lay-offs. If a reduction in the numbers of employees should become necessary, job seniority shall be the governing factor in determining the order in which the lay-offs are to be made.

If a reduction in the number of employees in any classification in any occupational group should become necessary, affected employees shall have, (1) preemptive rights to an existing job in the next lower classification in their occupational group or any like occupational group(s), or (2) preemptive rights to any existing job in their same job classification in like occupational groups held by an employee who has less job seniority, or (3) the option to elect to be laid off.

The next lower classification, for the purposes of this provision, will be determined by reversing the normal promotion procedure, as was done during past lay-off actions.

B. Severance. This provision does not apply to any termination for cause or voluntary resignations or retirement. Years of service, for purposes of this Article, are defined as the period of time since the employee's last break in service.

Any employee who is laid off may choose between either of the following:

34

1. Regular Severance: Two months straight time pay at the day rate. One week of straight time pay, at the day rate, for each year of service. Three months of extended Health, Dental and Vision Benefits equal to what the employee was enjoying prior to their lay-off. Credit for non-participation in Medical Program continues for a three-month period. Eligibility for COBRA coverage will become effective upon completion of the three-month period. Three months of $10,000 life insurance at no cost to the employee. Pay the employee a lump sum amount equal to five percent (5%) of the employee's base salary for placement assistance.

2. Enhanced Severance: In exchange for signing a release of claims, four months straight time pay, at the day rate. One week of straight time pay, at the day rate for each year of service. Six months of extended Health, Dental and Vision benefits equal to what the employee was enjoying prior to their lay-off. Credit for non-participation in Medical Program continues for a six-month period. Eligibility for COBRA coverage will become effective upon completion of the six-month period. Six months of $10,000 life insurance at no cost to the employee. Pay the employee a lump sum amount equal to ten percent (10%) of the employee's base salary for placement assistance. In the event an employee elects enhanced severance, the Union agrees not to bring any claim on behalf of such employee in any forum whatsoever. To receive the Enhanced Severance Benefits above, the employee must voluntarily agree to sign a release form uniformly required by the Company of all employees taking an enhanced package, along with the associated addendum. In the event a person is re-employed prior to the end of the severance payment period, he will be required to pay back the pro-rata difference between the regular severance package and the enhanced severance package.

Re-employment. If reduction in the number of employees results in lay-offs, then those having the longest Company seniority shall be the first to be re-employed; provided, that such employees keep the Company informed of their whereabouts and advise upon notification that they will report back and do report back within fourteen (14) days. If no opportunities for re-employment arise within twelve (12) months, then employees so laid off shall have no special rights to re-employment.

### ARTICLE 24A–EMPLOYMENT SECURITY

Prior to involuntarily laying off any employees, the Company will ask for volunteers by classification and occupational group, job seniority prevailing, to be laid off. Eligible employees will have seven (7) days to volunteer for lay-off. Employees volunteering will be

35

### ARTICLE 49–VOLUNTARY TRANSFERS

A. An employee who desires to transfer to another area[11] may post the desire in that area for a minimum of three (3) consecutive days, excluding Saturday and Sunday, which will not interfere with determining consecutive days. Any employee in the same classification in the area who is interested in transferring to the initiating employee's area must let the initiating employee know he is interested. The initiating employee must then discuss the possible transfer opportunity with his supervisor and with the supervisor in the area to which he desires to transfer. The two supervisors will make the final decision about whether the transfer will occur and, if a transfer will occur, who is selected for the transfer.

B. For a vacancy, a transfer opportunity will be posted in areas where the same classification as the vacancy exists. The posting will be for three (3) consecutive days, excluding Saturday and Sunday, which will not interfere with determining consecutive days. The hiring supervisor will make the final decision whether a transfer will occur and, if a transfer will occur, who is selected for the transfer.

Employees who voluntarily transfer are not eligible for relocation benefits. Employees who are force transferred are eligible for relocation benefits per Company Policy, which may be in effect on the date of transfer.

This article does not limit the Company's ability to transfer employees on a non-voluntary basis.

### ARTICLE 50–WORK RULES FOR DISTRIBUTION SYSTEMS

A. Line Department. There shall be a Working Foreman assigned to a line crew at all times.

Classifications for the Line Department:

Senior Working Foreman:

Working Foreman: Shall have been a Journeyman Lineman.

Line Troubleman: Shall be a Journeyman Lineman or Working Foreman.

Journeyman Lineman: Shall be a Journeyman in his craft.

Apprentice Lineman: Is a learner of the trade and may serve a four (4) year course of apprenticeship and may be given training in all branches of the trade.

---
[11] For purposes of this article, area is defined as craft supervisor.

52

Equipment Operator: Shall be a man experienced in the operation of heavy trucks and equipment.

Groundman Lineman: Shall be a Journeyman Lineman with at least five (5) years of service with the Company or who has been injured in the service of the Company and shall act as the Senior Groundman.

Heavy Equipment Operator: Shall be a man experienced in the operation and maintenance of heavy construction equipment such as cranes, bulldozers, blades, trucks, and snow removal equipment and heavy duty winch boom and auxiliary equipment in connection with construction or maintenance of transmission and distribution facilities.

Utility Mechanic: Performs minor maintenance to building and grounds, repairs hydraulic and mechanical tools, makes minor repairs to four cycle engines, and maintains records of tools charged out to crews.

Utilityman: Shall be an employee normally serving as a Helper, but capable of performing minor maintenance to buildings and grounds, minor tool and equipment repair, and maintain certain assigned records. To qualify as a Utilityman, the employee must have served at least three (3) years as a Utility Helper.

Utility Helper: Shall be an employee, normally serving as a Helper, but capable of instructing new helpers, or performing rough concrete work, rough carpentry, and minor tool repair. Only one such Utility Helper may be assigned to a line crew or warehouse unit. To qualify as a Utility Helper, the employee must have served at least three (3) years as Senior Helper.

Senior Helper: Shall have served at least twelve (12) months as a Class "A" Helper.

Class "A" Helper: Shall have served at least twelve (12) months as a Class "B" Helper.

Class "B" Helper: Is an inexperienced man.

Senior Trouble Order Dispatcher: Shall be an experienced employee in their field capable of coordinating and supervising a minimum of two (2) trouble order dispatchers in the performance of their duties in addition to working his own shift. There shall be one Senior Trouble Order Dispatcher appointed for each Division with three (3) or more Trouble Order Dispatchers.

Trouble Order Dispatcher: Shall receive and dispatch trouble calls and dispatch service orders Saturday, Sunday and Holidays, after 4:00 p.m. on other days. A regular work week shall consist of 40 hours and days off shall be consecutive.

53