# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Steven C. Yarbrough
## United States Magistrate Judge

### Clerk's Minutes

*Montano v. Public Service Company*
14cv79 WJ/SCY

July 15, 2014

**PLAINTIFF'S ATTORNEY PRESENT:**         Chris Orton

**DEFENDANTS' ATTORNEYS PRESENT:**       Traci Olivas, John Ziegler

**TYPE OF PROCEEDING:**    Status Conference
Total Time -  5 minutes

**CLERK'S MINUTES:**

- The Court noted that Defendant had requested a stay of discovery and inquired as to Plaintiff's position on the issue.
- The parties agreed that a six week stay would be appropriate.
- The Court stated it would issue an order staying discovery in the case for six weeks, at the end of which time the Court would conduct a telephonic status conference.
- The Court concluded the conference.