EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 543-2010-00165 |

**New Mexico Dept of Workforce Solutions, Human Rights Bureau** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Joseph Montano | (505) 328-3444 | 08-25-1966 |

Street Address: 4505 Shadow Ave Nw, Albuquerque, NM 87114

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PNM | 15 - 100 | (505) 241-2700 |

Street Address: 414 Silver, Sw, Albuquerque, NM 87102

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-15-2008  Latest: 11-02-2009
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am being retaliated against since I opposed and filed charges of discrimination, including but not limited to, job assignments, discipline, pay of overtime, and name calling. I have been transferred to other departments since the promotion I received in the Transmission area. This is in retaliation for opposing and filing charges of discrimination a violation of Title VII of the Civil Rights Act of 1964, as amended.

*EEOC ALBUQUERQUE AREA OFFICE RECEIVED 2009 OCT 33 AM 9:03*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 02, 2009
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

**EXHIBIT B**