IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH MONTAÑO,

    Plaintiff,

vs.      No. 1:14-CV-00079-WJ/SCY

PUBLIC SERVICE COMPANY OF NEW MEXICO,

    Defendant.

DEPOSITION OF JOSEPH MONTAÑO
VOLUME I
January 7, 2016
9:34 a.m.
Suite 800, 320 Gold Avenue, Southwest
Albuquerque, New Mexico 87102

    PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE this deposition was:

TAKEN BY:      JOHN K. ZIEGLER, ESQ.
                   ATTORNEY FOR DEFENDANT

REPORTED BY:    M. Teresa Torrez, CCR
                 New Mexico CCR #159
                 WILLIAMS & ASSOCIATES, LLC
                 1608 Fifth Street, Northwest
                 Albuquerque, New Mexico 87102

1    Q.    And were you truthful in the information you
2  provided to the EEOC?
3    A.    Yes, always.
4    Q.    Okay.  Would you set those two aside, and
5  we'll come back to them.
6    A.    (Witness complies.)
7          (Exhibit 7 marked.)
8    Q.    I'll give you what we've marked as Exhibit 7.
9  And this is a letter from the EEOC to you, and it's
10 dated July 27th, 2012.  Do you see that in the lower
11 right-hand corner?
12   A.    Yes.
13   Q.    Upper left-hand corner, that's your address,
14 correct?
15   A.    Yes.
16   Q.    And this is a Dismissal and Notice of Rights
17 that was mailed to you, correct?
18   A.    Yes.
19   Q.    Do you recall the date that you received it?
20   A.    No.  It was close to that date.
21   Q.    Close to July 27, 2012?
22   A.    I would say so.
23   Q.    Okay.  So let's go to Exhibit 8.
24         (Exhibit 8 marked.)
25   Q.    Exhibit 8 is another Dismissal.  If you want

1  to look at Exhibit 7, if you're curious about the
2  difference, you had filed two EEOC Charges and then
3  amended each of them twice, which is why we just went
4  through four Charges.  So they have different EEOC
5  Charge Numbers in the left-hand corner.  Okay?  Do you
6  see that?
7       A.   Left-hand corner, you said?
8       Q.   Right there.
9       A.   Oh, I see.
10      Q.   See how they're different numbers?
11      A.   Um-hmm.
12      Q.   Is that a yes?
13      A.   I see that they're different, yes.
14      Q.   Again, it's dated July 27, 2012.  Do you see
15  that?
16      A.   Um-hmm.
17      Q.   Is that a yes?
18      A.   Yes, sir.  I'm sorry.
19      Q.   You recall Exhibit 8, when you received it?
20      A.   Yeah, it looks like it was something that was
21  sent to me.
22      Q.   Do you recall when you received it?
23      A.   Not the exact date, but I would say it was
24  close to that date.
25      Q.   And do you recall getting both of these like

Page 23

MONTAÑO vs. PUBLIC SERVICE CO. OF NM
1:14-CV-00079-WJ/SCY

Joseph Montaño
January 07, 2016

1  around the same time, close to July 27th?

2  A.  I remember receiving documents that looked

3  like this around that time.

4  Q.  Would you say it was like around July 29th or

5  30th, something like that?

6          MR. ORTON:  If you remember.

7  A.  I don't remember exactly when it was.  I

8  mean . . .

9  Q.  But both of them you got close to that

10 July 27th date.

11 A.  I would say so.

12 Q.  Okay.

13 A.  I mean, it doesn't make sense that they would

14 date it and mail it -- I mean, it only takes a few days.

15 Q.  Right.  Okay.  Now, these EEOC Charges, have

16 you discussed with anybody at PNM the actual EEOC

17 Charges?  I'm not talking about any of the incidents in

18 the Charge; I'm talking about the specific EEOC Charge.

19 Does that make sense?

20         MR. ORTON:  Are you asking about the

21 filing of it or just that he was there?  I guess I'll

22 have to object to vague.  I mean, just in general or --

23 Q.  Have you talked with anybody at PNM about how

24 you filed an EEOC Charge?

25 A.  What do you mean by "how"?